**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7011

RONALD FIELDS, a/k/a Kato,

                                        Plaintiff - Appellant,

        versus

UNITED   STATES   OF   AMERICA;   MICHAEL   A.
SCHLOSSER;  MICHAEL  E.  LEE;  MARCIA  G.  SHEIN;
ROBERT H. EDMUNDS, JR.; DAVID B. SMITH; ANNA
MILLS WAGONER; RUSSELL A. ELIASON; JUDGE WARD;
CHIEF  JUDGE  TILLER;  JUDGE  WILLIAMS;  JUDGE
KING; JUDGE GREGORY,

                                        Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Middle
District  of  North  Carolina,  at  Greensboro.    William  L.  Osteen,
District Judge. (CA-03-350-1)

Submitted:  October 22, 2003        Decided:  November 12, 2003

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Fields, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Fields appeals the district court's order accepting the magistrate judge's recommendation and, under 28 U.S.C. § 1915(e)(2)(B) (2000), denying relief on Fields' complaint, which raised claims under 42 U.S.C. § 1983 (2000) and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See Fields v. United States</u>, No. CA-03-350-1 (M.D.N.C. June 10, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2